

# Fourth Court of Appeals
## San Antonio, Texas

October 24, 2018

No. 04-18-00573-CV

**IN RE** Brandon **TORRES** and Ernesto Rivera, Jr.

Original Mandamus Proceeding[1]

### ORDER

On August 15, 2018, relators filed a petition for writ of mandamus complaining the trial court had not ruled upon their "Motion to Dismiss." The real parties in interest filed a response, to which relators replied. We reviewed the petition, the response, and the reply, and we conclude relators are entitled to the relief requested. Accordingly, the petition for writ of mandamus is CONDITIONALLY GRANTED. TEX. R. APP. P. 52.8(c).

The Honorable Michael V. Garcia is ORDERED to rule on relators' "Motion to Dismiss" within fifteen days from the date of this order. The writ will issue only if we are notified that Judge Garcia has not complied within fifteen days from the date of this order.

It is so **ORDERED** on October 24, 2018.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of October, 2018.

_____
Keith E. Hottle, Clerk of Court

---

[1] This proceeding arises out of Cause No. 17-05-57235-CV, styled *Alissa Garcia and Jose Reynaldo Mendez Garcia v. Brandon Torres, Ernesto Rivera, Jr., and Coalition Against Insurance Fraud*, pending in the County Court, Jim Wells County, Texas, the Honorable Michael Ventura Garcia presiding.